UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
        Plaintiff,

v.                                        C.A. NO.: 17-191-JJM-LDA

BROWN UNIVERSITY,
        Defendant.

## DEFENDANT BROWN UNIVERSITY'S MOTION TO REQUIRE PLAINTIFF TO PROCEED UNDER HIS REAL NAME

Defendant Brown University ("Brown") moves that the Court enter an Order requiring Plaintiff to proceed in this litigation under his real name, not a John Doe pseudonym.

Brown has filed a memorandum of law in support of its motion.

Brown requests that the Court hold oral argument on the motion. Brown estimates that the hearing would require one hour of time to complete.

BROWN UNIVERSITY,

By Its Attorneys,

/s/ Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel:  401-454-1020
Fax:  401-454-1030
srichard@nixonpeabody.com

4831-5744-4983.1

Thomas R. Bender (#2799)  
Associate Counsel  
Office of General Counsel  
Brown University  
Box 1912  
Providence, RI 02912  
Tel:  401-863-5466  
Fax:  401-863-1199  
Thomas_bender@brown.edu

Dated:  October 9, 2018

## CERTIFICATE OF SERVICE

    I certify that, on the 9th day of October, 2018, Brown University's motion was filed and served via the Court's CM/ECF system.

/s/ Steven M. Richard

2

4831-5744-4983.1