UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
    Plaintiff,

v.                                                                                 C.A. NO.: 17-191-M

BROWN UNIVERSITY,
    Defendant.

## AFFIDAVIT OF ROBERT F. FITZGERALD

I, Robert F. Fitzgerald, state under oath as follows:

1. I am the Registrar of Brown University ("Brown").

2. Brown's Office of the Registrar serves as the official custodian of student records in accordance with university policies and legal requirements, including academic transcripts.

3. Attached hereto and filed under seal as Exhibit A is a true and accurate copy of John Doe's Brown academic transcript, as maintained by the Office of the Registrar as an official university record.

_____
Robert F. Fitzgerald
Registrar
Brown University

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Signed and sworn before me on this 9th day of October, 2018.

_____
Notary Public
My Commission Expires: JULY 26, 2021

1839-9841-3172.1

## CERTIFICATE OF SERVICE

I certify, that on October 9, 2018, this affidavit was filed and served electronically through the Court's CM/ECF system.

/s/ Steven M. Richard

4839-9841-3172.1

# EXHIBIT A

# (FILED UNDER SEAL)