UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
      Plaintiff,

v.                                                C.A. NO.: 17-191-JJM

BROWN UNIVERSITY,
      Defendant.

## AFFIDAVIT OF STEVEN M. RICHARD

I, Steven M. Richard, state under oath as follows:

1. I am a partner at Nixon Peabody LLP and counsel of record for Defendant Brown University ("Brown"). I am executing this affidavit to submit exhibits in support of Brown's motion to require Plaintiff to proceed under his real name.

2. I reviewed Plaintiff's LinkedIn and Instagram pages as they are publicly available on the Internet.

3. Attached as Exhibit A is a printout of Plaintiff's LinkedIn page as of September 27, 2018. On page 3 of the printout, Plaintiff has published on his LinkedIn page his graduation from Brown, as well as references to his extracurricular activities including his participation on a Brown varsity sports team.

4. Attached as Exhibit B are printouts of two pictures posted on Plaintiff's Instagram page as of September 27, 2018, which were taken at Brown's May 2018 graduation ceremonies.

5. Attached as Exhibit C is Plaintiff's Rule 26(a)(1) disclosure as served on September 26, 2018.

                                                                          _/s/ Steven M. Richard_
                                                                          Steven M. Richard (#4403)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Signed and sworn before me on this 1st day of October, 2018.

Collette R. Palmer
Notary Public   #34464
My Commission Expires: 03/16/2022

CERTIFICATE OF SERVICE

I certify that, on this 9th day of October 2018, this affidavit was filed and served via the Court's CM/ECF system.

/s/ Steven M. Richard

4846-3713-5988.1

# EXHIBITS A-C

# (FILED UNDER SEAL)