# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JOHN DOE, a Pseudonym,** | : |
| *Plaintiff*, | : |
| | :   **C.A. No.:  2017-191 -JJM-LDA** |
| v. | : |
| **BROWN UNIVERSITY** | : |
| *Defendant,* | : |

## NON-PARTY RHODE ISLAND HOSPITAL'S MOTION TO QUASH AND/OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER

Nonparty Rhode Island Hospital (the "Hospital") hereby seeks a Protective Order from this Court and/or an Order quashing the subpoena served on them on or about October 16, 2018, regarding certain health care information sought in the above-captioned matter (attached hereto as **Exhibit A**). In support of this Motion, the Hospital relies on the simultaneously filed memorandum of law and generally states that the medical records sought are subject to protection by state law, with specific notification requirements.

        **RHODE ISLAND HOSPITAL,**

        By Their Attorneys,

        */s/ William M. Daley*
        William M. Daley (#9477)
        Kathryn M. Rattigan (#8806)
        **ROBINSON & COLE, LLP**
        One Financial Plaza, Suite 1430
        Providence, Rhode Island 02903
        Telephone: (401) 709-3300
        Fax: (401) 709-3399

Dated: October 19, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of October 2018, I personally caused a copy of the foregoing to be filed via the Court's CM/ECF system, which will send an email to all counsel of record in this matter, containing a link to this document.

Steven M. Richard, Esq.
Nixon Peabody, Esq.
One Citizens Plaza
Providence, Rhode Island 02903

Susan Kaplan, Esq.
The Kaplan Law Office
30 Wall Street, 8th Floor
New York, New York 1005

Sonja L. Deyoe, Esq.
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, Rhode Island 02908

*/s/ William M. Daley*
William M. Daley