UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
        Plaintiff,

v.                                    C.A. NO.:  17-191-JJM-LDA

BROWN UNIVERSITY,
        Defendant.

## STIPULATION EXTENDING TIME FOR PARTIES' SERVICE OF THEIR DISCOVERY RESPONSES AND OBJECTIONS

Plaintiff John Doe and Defendant Brown University stipulate that the parties shall have up to and including <u>November 30, 2018</u> to serve their responses and any objections to the following pending discovery requests:

1. Plaintiff's First Request for Production of Documents;

2. Plaintiff's Second Request for Production of Documents;

3. Plaintiff's First Set of Interrogatories;

4. Defendant's First Request for Production of Documents; and

5. Defendant's First Set of Interrogatories.

| JOHN DOE | BROWN UNIVERSITY, |
|---|---|
| By his Attorneys, | By Its Attorneys, |
| /s/ Susan Kaplan<br>/s/ Sonja J. Deyoe | /s/ Steven M. Richard<br>/s/ Thomas R. Bender |
| Susan Kaplan (*Pro Hac Vice*)<br>30 Wall Street, 8th Fl.<br>New York, NY 10005<br>Tel: 347-683-2505<br>skaplan@lawkaplan.com | Steven M. Richard (#4403)<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI  02903<br>Tel:  401-454-1020<br>Fax:  401-454-1030<br>srichard@nixonpeabody.com |

| | |
|---|---|
| Sonja J. Deyoe (#6301)<br>395 Smith Street<br>Providence, RI 02903<br>Tel: 401-864-5877<br>Fax: 401-354-7464<br>sld@the-straight-shooter.com<br><br>Dated:  November 5, 2018 | Thomas R. Bender (#2799)<br>Associate Counsel<br>Office of General Counsel<br>Brown University<br>Box 1912<br>Providence, RI 02912<br>Tel:  401-863-5466<br>Fax:  401-863-1199<br>Thomas_bender@brown.edu<br><br>Dated: November 5, 2018 |

4840-3999-0394.1