# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**John Doe**

              Plaintiff

v.                             Case No. **17-191-JJM-LDA**

**Brown University**

              Defendant

## NOTICE OF APPEAL

Notice is hereby given that **John Doe**, Name

the **Plaintiff** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **Final Judgement for Defendant** (Final judgment or description of order) entered in this action on **September 24, 2020** (Date of entry).

Respectfully submitted,

| | |
|---|---|
| **Sonja L Deyoe** | **/s/ Sonja L Deyoe** |
| Name | Signature |
| **6301** | **10/21/2020** |
| Bar Number | Date |
| **Law Offices of Sonja L Deyoe** | **401-864-5877** |
| Firm/Agency | Telephone Number |
| **395 Smith Street** | **401-354-7464** |
| Address | Fax Number |
| **Providence, RI 02908** | **sld@the-straight-shooter.com** |
| City, State, Zip Code | E-mail Address |