# United States Court of Appeals
## For the First Circuit

No. 20-2023

JOHN DOE

Plaintiff - Appellant

v.

BROWN UNIVERSITY

Defendant - Appellee

MARIA SUAREZ, in her individual capacity; MARGARET KLAWUNN, in her individual capacity; YOLANDA CASTILLO-APPOLLONIO, in her individual capacity

Defendants

**MANDATE**

Entered: August 26, 2022

In accordance with the judgment of August 4, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sonja Linnea Deyoe
Susan R. Kaplan
Steven M. Richard