UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN DOE,

v.                                             C.A. NO.: 17-cv-191-JJM-LDA

BROWN UNIVERSITY

### DEFENDANT BROWN UNIVERSITY'S MOTION REQUESTING A RESCHEDULING OF THE STATUS CONFERENCE SET FOR MARCH 14, 2023

Defendant Brown University respectfully requests that the Court reschedule a status conference before Magistrate Judge Almond scheduled for March 14, 2023 at 3:00 p.m. On that date, Brown's counsel of record has a conflict in another case that cannot be rescheduled. As reasons for the request, Brown states the following:

1. The Court has set a September 11, 2023 jury empanelment and trial starting date in this litigation, and the litigation has been referred to Magistrate Judge Almond for a settlement conference to occur before August 2023.

2. On March 14, 2023, the date set for a status conference to discuss the scheduling of a settlement conference, Brown's counsel must defend an anticipated full-day deposition of an individual defendant in another case pending before the Court (*Louis Kwame Fosu v. University of Rhode Island, et., al*, C.A. No. 21-cv-279-JJM). In that litigation, the plaintiff's out-of-state counsel will appear in Rhode Island to depose the individual party defendant.

3. Brown's counsel notified Plaintiff's counsel of his scheduling conflict, and Plaintiff's counsel has no objection to a rescheduled status conference with Magistrate Judge Almond.

4.   Counsel conferred and could be available for a rescheduled status conference on March 16, 2023 at or after 11:00 a.m., if the Court's schedule permits a conference on that date.

BROWN UNIVERSITY

By its Attorneys,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: 401-454-1020
Fax: (866) 947-1332
Email: srichard@nixonpeabody.com

Dated:  March 8, 2023

## CERTIFICATE OF SERVICE

I certify that on March 8th, 2023, I filed and served this motion electronically via the Court's CM/ECF system.

/s/ Steven M. Richard

2

4861-0947-4610.2