UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE,
            Plaintiff,

v.                                                      C.A. No.: 1:17-cv-191-JJM-LDA

BROWN UNIVERSITY,
            Defendant.

## DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this litigation, as remanded to this Court by the Opinion of the United States Court of Appeals for the First Circuit dated August 4, 2022, is dismissed with prejudice. Each party will bear its own costs and waives its right of appeal.

| PLAINTIFF | BROWN UNIVERSITY |
|---|---|
| By His Attorneys, | By Its Attorney, |
| | |
| */s/ Susan Kaplan* | */s/ Steven M. Richard* |
| Susan Kaplan (*Pro Hac Vice*) | Steven M. Richard (#4403) |
| Kaplan Law | Nixon Peabody LLP |
| 20 Wall Street, 8th Floor | One Citizens Plaza, Suite 500 |
| New York, NY 10005 | Providence, RI 02903 |
| Tel: 347-683-2505 | Tel: 401-454-1020 / Fax: 866-947-1332 |
| skaplan@lawkaplan.com | srichard@nixonpeabody.com |

*/s/ Sonja L. Deyoe*
Sonja L. Deyoe (#6301)
395 Smith Street
Providence, RI 02903
Tel: 401-864-5877 / Fax: 401-354-7464
sld@the-straight-shooter.com

4886-4756-1322.1